UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

VRASTON TRADING, INC.,

                Plaintiff,

      v.

NYSE EURONEXT, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

08 CIV 7502

Civil Action No. _____

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Vraston Trading, Inc. is a privately held limited liability company.

Dated: New York, New York
       August 22, 2008

                              Respectfully submitted,

                              DREIER LLP

                              By: _____
                                 Albert L. Jacobs, Jr. (AJ 4211)
                                 Gerard F. Diebner (GD 5603)
                                 499 Park Avenue
                                 New York, New York 10022
                                 Tel: (212) 328-6100
                                 Fax: (212) 652-3801

                                 *Attorneys for Plaintiff*
                                 *Vraston Trading, Inc.*

{00382170.DOC;}